■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE VENTURA, Appellant. [676 NYS2d 391] —Judgment unani-

mously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Onondaga County Court, Burke, J.—Manslaughter, 1st Degree.) Present—Lawton, J. P., Wisner, Callahan, Boehm and Fallon, JJ.